THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAITT OPERATING CO., INC., Respondent, v. HENRY M. GOLD-FOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — assessment — tax exemption ordinance — reduction of assessment for local taxation.*

People ex rel. Waitt Operating Co., Inc., v. Goldfogle, 208 App. Div. 834, affirmed.

(Argued September 30, 1924; decided October 21, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 4, 1924, which unanimously affirmed an order of Special Term reducing an assessment for taxation, for the year 1922, upon property of the relator in the borough of Manhattan, city of New York. Relator claimed a partial exemption from local taxation under a tax exemption ordinance of the city of New York.

*George P. Nicholson, Corporation Counsel (William H. King and Isaac Phillips of counsel), for appellants.*

*Frederic H. McCoun for respondent.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.